# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EARL ADORNO

VERSUS

PACIFIC INDEMNITY COMPANY,
CHUBB INDEMNITY INSURANCE
COMPANY, PONTCHARTRAIN YACHT
CLUB, GULF YACHTING
ASSOCIATION, INC., UNITED
STATES SAILING ASSOCIATION,
INC. INTERNATIONAL LASER
CLASS ASSOCIATION NORTH
AMERICAN REGION, INC., JOHN
LUPPENS, J. DWIGHT LEBLANC,
JR. AND GARY JACKSON ROGERS

NO.  2025 CW 0724

OCTOBER 06, 2025

---

In Re:    United States Sailing Association, Inc. and Chubb,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 202411072.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

   **WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**  The
portion of the trial court's May 29, 2025 judgment which denied
the exception of lack of personal jurisdiction filed by defendant,
United States Sailing Association, Inc., is vacated. Plaintiff
failed to meet his burden of proving the minimum contacts necessary
to establish general personal jurisdiction. See **de Reyes v. Marine
Management and Consulting, Ltd.**, 586 So.2d 103 (La. 1991). Although
the trial court denied the exception in its entirety based upon
its finding of general jurisdiction, the court did not address the
issue of specific jurisdiction, noting it was premature.
Therefore, this matter is remanded to the trial court with
instructions to consider and rule on the issue of specific
jurisdiction. The writ is denied in all other respects.

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT